U.S. Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONGMEI AN,<br>Plaintiff,<br>v.<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,<br>Defendants. | Case No. C26-1322-SKV<br>STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br>Noted for Consideration: June 11, 2026 |

**JOINT STIPULATION**

The Parties file this Stipulated Motion under Local Civil Rule 10(g), asking the Court to extend the deadlines for the filing of Defendants' Answer or other response to Plaintiff's Complaint by 30 days, until July 29, 2026.

Plaintiff filed her Complaint on April 16, 2026. She served the U.S. Attorney's Office with the Summons and Complaint on April 30, 2026, making the Answer due June 29, 2026. The Parties have agreed to extend the Answer deadline until July 29, 2026, because Defendants issued a Request for Evidence to Plaintiff on May 20, 2026, and Plaintiff intends to provide further documentation to Defendant USCIS by June 22, 2026. After that, the Parties expect USCIS will adjudicate Plaintiff's I-485 Application before July 29, 2026. Therefore, the Parties



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

submit there is good cause for a 30-day extension of Defendants' time to respond to the Complaint and stipulate to extend that deadline until July 29, 2026.

**SO STIPULATED.**

DATED June 11, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 156 words, in compliance with the Local Civil Rules.

*/s/ Dongmei An*
DONGMEI AN
12217 SE 260TH Place
Kent, WA 98030
Phone: 515-305-6398

*Plaintiff, pro se*

**~~[PROPOSED]~~ ORDER**

It is hereby ORDERED that the parties' Stipulated Motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by July 29, 2026.

DATED this 12th day of June 2026.

S. KATE VAUGHAN
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers;

I further certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify that on this date, I arranged for service of the foregoing on the following non-CM/ECF participant, via First Class U.S. Mail, postage prepaid, addressed as follows:

Dongmei An, *Pro Se*
12217 SE 260th Pl
Kent, WA 98030

DATED this 11th day of June, 2026.

*s/ Crissy Leininger*
CRISSY LEININGER
Paralegal Specialist
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: christine.leininger@usdoj.gov